THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MORTY BROUS, Appellant.

Argued April 16, 1947; decided May 15, 1947.

*Thomas R. Fay* and *David R. Siegel* for appellant.

*James N. Gehrig, District Attorney (Philip Huntington* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.